LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DAVID M. ZINN
(202) 434-5880
dzinn@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 7, 2020

Via ECF and Federal Express

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007-1312

Re:     *Securities and Exchange Commission v. Jason Sugarman* (No. 19-cv-5998)

Dear Judge Pauley,

We represent Defendant Jason Sugarman in the above-referenced action and write pursuant to Your Honor's Individual Rule of Practice III.F to identify the following motion papers filed in connection with Mr. Sugarman's Motion to Dismiss the Complaint:

## Motion to Dismiss (November 12, 2019)

| | |
|---|---|
| Notice of Motion to Dismiss the Complaint | ECF No. 38 |
| Memorandum of Law in Support of Jason Sugarman's Motion to Dismiss the Complaint | ECF No. 39 |
| Declaration of David M. Zinn in Support of Jason Sugarman's Memorandum of Law in Support of His Motion to Dismiss the Complaint | ECF No. 40 |
| Exhibits A-C to Declaration of David M. Zinn | ECF Nos. 40-1–40-3 |

## Opposition to Motion to Dismiss (December 20, 2019)

| | |
|---|---|
| Plaintiff Securities and Exchange Commission's Memorandum of Law in Opposition to Defendant's Motion to Dismiss | ECF No. 42 |
| Declaration of Jorge G. Tenreiro | ECF No. 43 |

WILLIAMS & CONNOLLY LLP

Hon. William H. Pauley III
January 7, 2020
Page 2

| Exhibit A to Declaration of Jorge G. Tenreiro | ECF No. 43-1 |

### Reply (January 7, 2020)

| Reply Memorandum in Support of Jason Sugarman's Motion to Dismiss the Complaint | ECF No. 45 |

| Declaration of David M. Zinn in Support of Jason Sugarman's Reply Memorandum | ECF No. 46 |

| Exhibits D-E to Declaration of David M. Zinn | ECF No. 46-1–46-2 |

A courtesy copy of the Reply Memorandum and its supporting papers are enclosed with the hard copy of this letter.

Sincerely,

David M. Zinn

cc:    All parties (by ECF)