

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NANCY A. BROWN
TELEPHONE: (212) 336-1023

January 30, 2020

**VIA ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   SEC v. Sugarman
           <u>No. 19 Civ. 5998 (WHP)</u>

Dear Judge Pauley:

      We represent the Plaintiff, Securities and Exchange Commission (the "Commission"), in this action.

      The Court has scheduled oral argument on Defendant's Motion to Dismiss for tomorrow at 12 noon. We write to request a brief adjournment. In the last few days, counsel for the Commission, Jorge Tenreiro, who was to take the lead on the oral argument, was called away to a funeral taking place today in Chicago. As a result, the Commission is not prepared to go forward tomorrow.

      Counsel for Defendant Sugarman has advised us that they do not oppose this request.

      Both the Commission and counsel for Mr. Sugarman are available on February 6 or 7, at the Court's convenience.

                    Respectfully submitted,

                    Nancy A. Brown

cc (via email):
      David Zinn, Esq.
         (Counsel for Defendant)

<span style="color:red">**Application granted. The oral argument
scheduled for January 31, 2020 is rescheduled
to February 6, 2020 at 11:00 a.m.**</span>

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

Dated: January 30, 2020
      New York, New York