UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:
SECURITIES AND EXCHANGE          :
COMMISSION,                       :          19cv5998
:
Plaintiff,              :          ORDER
:
-against-               :
:
JASON SUGARMAN,                   :
:
Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:

WILLIAM H. PAULEY III, Senior United States District Judge:

The parties shall file a joint statement regarding the status of this matter and the

ongoing discovery stay by November 20, 2020.

Dated: October 14, 2020
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.