UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMISSION,

        Plaintiff,

v.

JASON SUGARMAN,

        Defendant.

19-cv-05998 (GHW)(OTW)

ECF Case

**DECLARATION OF CAROL J. PRUSKI IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL**

Carol J. Pruski, pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following are true and correct:

1. I am currently counsel of record in this action.

2. My colleagues David M. Zinn, Adam D. Harber, A. Joshua Podoll, Amy B. McKinlay, and Danielle Sochaczevski from Williams & Connolly LLP will continue to be counsel of record for Mr. Sugarman.

3. This Declaration and accompanying Notice of Motion have been served on Mr. Sugarman.

4. I am not asserting a retaining or charging lien in this matter.

Dated: Washington, D.C.
       May 16, 2022

_____
Carol J. Pruski
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024

650 Fifth Avenue, Suite 1500
New York, NY 10019
(202) 434-5000
cpruski@wc.com