UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
                                                                           :
SECURITIES AND EXCHANGE COMMISSION,  :
                                                                           :
                                              Plaintiff,      :            1:19-cv-5998-GHW
                                                                            :
             -against-                 :            <u>ORDER</u>
                                                                             :
JASON SUGARMAN,                                               :
                                                                            :
                                             Defendant.    :
                                                                            :
------------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2022

GREGORY H. WOODS, District Judge:

        The Court has received Plaintiff's May 26, 2022 motion to file an amended complaint. Dkt. No. 90. On April 10, 2022, the Court referred this case to the assigned magistrate judge for general pretrial and dispositive motions. Dkt. No. 74. The parties are reminded that all motions falling under those categories should be directed to the assigned magistrate judge.

        SO ORDERED.

Dated: May 27, 2022
New York, New York

                                                GREGORY H. WOODS
                                                United States District Judge