# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

SECURITIES AND EXCHANGE          :
COMMISSION,                      :
                                 :
                    Plaintiff,   :          19 Civ. 5998 (WHP)
                                 :
        v.                       :
                                 :
JASON SUGARMAN,                  :          ECF Case
                                 :
                    Defendant.   :
------------------------------------------------------------ x

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, and the Case

Management Plan and Scheduling Order, entered April 13, 2022 (DE 75), Plaintiff Securities and

Exchange Commission ("Commission") hereby makes the following initial disclosures:

### GENERAL DISCLOSURE

These disclosures reflect the results of a search of the existing files of the Commission's

New York Regional Office Division of Enforcement compiled in its investigation of this matter,

captioned In the Matter of Hughes Capital Management LLC (NY-9298).

### SPECIFIC DISCLOSURES

**A.    Witnesses**

Set forth below is the name and, to the extent known by the Commission, the address,

phone number and/or email address of each individual currently known to the Commission who

is likely to have discoverable information that the Commission may use to support its claims in

this action other than for purposes of impeachment or as needed to authenticate documents.  The

Commission may learn during discovery of additional individuals within the scope of Rule

26(a)(1)(A)(i) and/or additional topics about which the individuals listed below have relevant

knowledge, if necessary, will supplement these responses at the appropriate time.

**Defendants in <u>SEC v. Archer, et al.</u>**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Jason Galanis | FCI Terminal Island<br>Federal Correctional Institution<br>PO Box 3007<br>San Pedro, CA 90733 | Scheme to misappropriate the proceeds from the sale of the Wakpamni bonds, including the bonds' issuances, sales, transfers, use of proceeds; and payments of interest; payments made to or on behalf of scheme participants; acquisition of WAAG, Valor Life, NoRe Capital and BIISL and funding thereof; acquisitions of Hughes and AAM and funding thereof; Hughes and AAM operations, funding and management; acquisition of Burnham Financial Group, Burnham Securities, Inc. and Burnham Asset Management LLC by CORFA, BOE, Burnham Asset Management Holdings; IPO of Code Rebel; Investments by WAAG in Ballybunion, and by Valorlife in Wakpamni bonds; Ballybunion NV and Wealth Assurance NV formation and account openings and transactions; investments by scheme participants in MBloom entities; sales and efforts to sell Wakpamni bonds; use of Wakpamni bonds to support net capital of various entities; formation and purpose of Calvert entities. |

| | | |
|---|---|---|
| John Galanis | RRM Long Beach<br>Residential Reentry Office<br>PO Box 323<br>San Pedro, CA  90733 | Scheme to misappropriate the proceeds from the sale of the Wakpmni bonds; issuance of Wakpamni bonds; use of proceeds from issuances. |
| Devon Archer | c/o Matthew L. Schwartz, Esq.<br>Boies Schiller Flexner<br>55 Hudson Yards<br>20th Fl<br>New York, NY  10001 | Scheme to misappropriate the proceeds from the sale of the Wakpamni bonds, including the bonds' issuances, sales, transfers, use of proceeds; and payments of interest; payments made to or on behalf of scheme participants; acquisition of WAAG, Valor Life and BIISL and funding of Valor Life and BIISL acquisitions; acquisitions of Hughes and AAM and funding thereof; acquisition of Burnham Financial Group, Burnham Securities, Inc. and Burnham Asset Management LLC by CORFA, BOE, Burnham Asset Management Holdings LLC; loan from Valorlife to Burnham Asset Management Holdings LLC; IPO of Code Rebel; investments by scheme participants in MBloom entities; RSB transfers of Code Rebel shares to WAAG; efforts to sell Wakpamni bonds through or to Morgan Stanley; use of Wakpamni bonds to support the net capital of various entities; purchase of Wakpamni bonds by Condor Financial; creation and purpose of Calvert entities. |
| Bevan Cooney | c/o Matthew D. Umhofer, Esq. | Scheme to misappropriate the proceeds from the sale of |

| | Spertus, Landes & Umhofer LLP<br>1990 S. Bundy Dr., Ste. 705<br>Los Angeles, CA  90025 | the Wakpamni bonds, including the bonds' issuances, sales, transfers, use of proceeds; and payments of interest; payments made to or on behalf of scheme participants; acquisition of WAAG, Valor Life, NoRe Capital and BIISL, and funding of Valor Life and BIISL acquisitions; acquisitions of Hughes and AAM and funding thereof; IPO of Code Rebel; investments by scheme participants in MBloom entities; use of Wakpamni bonds to support the net capital of various entities; creation and purpose of Calvert entities; transfer of Wakpamni bond to Burnham Securities, Inc. |
| --- | --- | --- |
| Gary Hirst | c/o Robert Knuts, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Fl<br>New York, NY  10004 | Scheme to misappropriate the proceeds of the Wakpamni bonds, including the bonds' issuances, sales, transfers, use of proceeds; and payments of interest; payments made to or on behalf of scheme participants; acquisition of WAAG, Valor Life, New Olympia Re and BIISL and funding thereof; acquisitions of Hughes and AAM and funding thereof; acquisition of Burnham Financial Group, Burnham Securities, Inc. and Burnham Asset Management LLC by CORFA, BOE, Burnham Asset Management Holdings; IPO of Code Rebel; investments by |

| | | |
|---|---|---|
| | | scheme participants in MBloom entities; sales and efforts to sell Wakpamni bonds; use of Wakpamni bonds to support net capital of various entities; New Olympia Re's ownership and investment in WAH Ltd. and VGL. |
| Hugh Dunkerley | 21661 Brookhurst St., Apt. 162 Huntington Beach, CA 92646-8164 | Scheme to misappropriate the proceeds from the sale of the Wakpamni bonds, including the bonds' issuances, sales, transfers, use of proceeds; and payments of interest; payments made to or on behalf of scheme participants; acquisition of WAAG, Valor Life and BIISL and funding thereof; Investments by WAAG in Ballybunion, and by Valorlife in Wakpamni bonds; acquisitions of Hughes and AAM and funding thereof; acquisition of Burnham Financial Group, Burnham Securities, Inc. and Burnham Asset Management LLC by CORFA, BOE, Burnham Asset Management Holdings; IPO of Code Rebel; investments by scheme participants in MBloom entities; sales of and efforts to sell Wakpamni bonds; use of Wakpamni bonds to support the net capital of various entities; creation and purpose of Calvert entities.; communications with WLCC; formation of Wealth Assurance Holdings, Ltd. |

| | | (NV) and management of associated bank account. |
|---|---|---|
| Michelle Morton | 235 Archangela Ave. Colonia, NJ 07067 | Sale of the Wakpamni bonds to clients of Hughes and Atlantic; Wealth Assurance, Valorlife, and Burnham Securities Inc. management; acquisitions of Hughes and AAM and funding thereof; Hughes and AAM operations, funding and management; efforts to sell the Wakpmani bonds. |
| Francisco Martin | Francisco.martin@protonmail.ch | Issuances of Wakpamni bonds; PEM; investment in Code Rebel IPO; Thunder Valley Engineering and Seymour Capital formation and respective purchases of Code Rebel shares and distribution of proceeds; trading in Code Rebel stock by Thorsdale; transfer of Code Rebel shares to Bonwick; purchase of Wakpamni bonds by Condor Financial;  creation and use of Colarisventures.com domain name; formation of Calvert. |

**Individuals Associated with Burnham Financial Group and Related Entities[1]**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Jon Burnham | c/o Barry J. Friedberg, Esq. Trachtenberg Rosdes & Friedberg LLP 545 Fifth Avenue New York, NY  10017 | Acquisition of Burnham Financial Group, Inc., by CORFA, BOE; acquisition of Burnham Asset Management Corp. by CORFA, BOE, Burnham Asset Management Holdings LLC; management of Burnham Financial Group, Inc.; |

---

[1]     In addition to <u>Archer</u> Defendants.

6

|  |  | placement of Wakpamni bonds; Code Rebel IPO; acquisition of Bonwick Capital Partners; use of the Wakpamni bond to support net capital of various entities; sale of Burnham Securities Inc. to Bonwick Capital Partners. |
|---|---|---|
| Andrew Godfrey | 78 Hilltop Dr.<br>Manhasset, NY  11030 | Acquisition of Burnham Financial Group, Inc., by CORFA, BOE; acquisition of Burnham Asset Management Corp. by CORFA, BOE, Burnham Asset Management Holdings LLC; investment in CORFA; investment in BAM Holdings, LLC; management of Burnham Financial Group, Inc.; placement of Wakpamni bonds; loan from Valorlife to Burnham Asset Management Holdings LLC; Code Rebel IPO; acquisition of Bonwick Capital Partners; use of the Wakpamni bond to support net capital of various entities; sale of Burnham Securities Inc. to Bonwick Capital Partners; efforts to make interest payments on Wakpamni bonds by scheme participants. |
| Marcelle Devine | c/o Michelle Merola, Esq.<br>Hodgson Russ LLP<br>The Guaranty Building<br>140 Pearl Street<br>Suite 100<br>Buffalo, NY  14202 | Acquisition of Burnham Financial Group, Inc., by CORFA, BOE; acquisition of Burnham Asset Management Corp. by CORFA, BOE, Burnham Asset Management Holdings LLC; placement of Wakpamni bonds; Code Rebel IPO; acquisition of |

|  |  | Bonwick Capital Partners; use of the Wakpamni bond to support net capital of various entities; sale of Burnham Securities Inc. to Bonwick Capital Partners. |
|---|---|---|
| Nolan Sheehan | 459 Columbus Ave. Suite 121 New York, NY  10024 | Compliance of Burnham Financial Group and related entities with applicable regulatory requirements. |
| Margaret M. Eisen | c/o Mary Moynihan, Esq. Perkins Coie 700 13th Street, NW Suite 800 Washington, D.C.  20005 | Acquisition of Burnham Asset Management Corp. by CORFA, BOE, Burnham Asset Management Holdings LLC |
| William F. Connell | c/o Mary Moynihan, Esq. Perkins Coie 700 13th Street, NW Suite 800 Washington, D.C.  20005 | Acquisition of Burnham Asset Management Corp. by CORFA, BOE, Burnham Asset Management Holdings LLC. |
| Bruce MacCorkindale | Perkins Coie 700 13th Street, NW Suite 800 Washington, D.C.  20005 | Acquisition of Burnham Asset Management Corp. by CORFA, BOE, Burnham Asset Management Holdings LLC. |
| Mary Moynihan | c/o Mary Moynihan, Esq. Perkins Coie 700 13th Street, NW Suite 800 Washington, D.C.  20005 | Acquisition of Burnham Asset Management Corp. by CORFA, BOE, Burnham Asset Management Holdings LLC. |
| Daniel McClory | 37 Cardiff Laguna Niguel, CA  92677 | Activities of Burnham Securities, Inc. and acquisition of Burnham Financial Group by CORFA. |
| Anthony Lacavera |  | Acquisition of Burnham Financial Group by CORFA. |
| Larry Liu | larryliu@globallawoffice.com.cn | Acquisition of Burnham Financial Group by CORFA. |
| Elizabeth Sugarman | Steven Goldsobel, Esq. c/o Law Office of Steven Goldsobel 1901 Avenue of the Stars, Uite 1750 | Investment in WAH Ltd.; investment in Valor Group Ltd. Class B Shares; investment in CORFA and CORFA acquisition of |

|  | Los Angeles, CA  90067 | Burnham Financial Group, Inc.; assumption of VL Assurance loan to Merriman Holdings through EGS LLC; assumption of VL Assurance loan to Valor Group Ltd.; investments by Lausanne. |
| Nurlan Abduov | nurlan@abduov.com | Investment in CORFA; acquisition of Burnham Financial Group, Inc.; investment in BAM Holdings, LLC. |
| Devin Wicker | Devin.wicker@gmail.com | Sale and purchase of Wakpamni bonds; AAM management; loan to Bonwick Capital Partners from VL Assurance; acquisition of Bonwick Capital Partners by Burnham Financial Group; acquisition of Burnham Securities, Inc. by Bonwick Capital Partners. |
| Rashaun Williams | rashaunlw@gmail.com | Sale and purchase of Wakpamni bonds; AAM management; loan to Bonwick Capital Partners from VL Assurance; acquisition of Bonwick Capital Partners by Burnham Financial Group; acquisition of Burnham Securities, Inc. by Bonwick Capital Partners. |

**Investors and Potential Investors in Wealth Assurance Holdings Ltd and Related Entities[2]**

| Person or Entity | Contact Information | Relevant Knowledge |
| --- | --- | --- |
| Elizabeth Sugarman | c/o Steven Goldsobel, Esq. c/o Law Office of Steven Goldsobel 1901 Avenue of the Stars, Uite 1750 | Investment in WAH Ltd.; investment in Valor Group Ltd. Class B Shares; investment in CORFA and CORFA acquisition of |

---

[2]        In addition to relevant Archer Defendants.

| | | |
|---|---|---|
| | Los Angeles, CA 90067 | Burnham Financial Group, Inc.; assumption of VL Assurance loan to Merriman Holdings through EGS LLC; assumption of VL Assurance loan to Valor Group Ltd.; investments by Lausanne; investments by Kona Seascape Development LLC; investment in Code Rebel IPO. |
| Elliott Broidy | c/o Christopher Clark, Esq. Latham & Watkins LLP 1271 Avenue of the Americas New York, NY 10020 | Transactions with Jason Sugarman, including Sugarman investment in Threat Deterrence and possible investment by Broidy in WAH Ltd. |
| George Baker | c/o David Wiechert, Esq. 27136 Paseo Espada Suite B1123 San Juan Capistrano, CA 92675 | Catalyst investments in WAH Ltd.; CORFA; Code Rebel IPO; ownership of Catalyst. |
| Adam Levin | c/o Vert Capital 10951 W. Pico Blvd. Ste. 204 Los Angeles, CA 90064 | Investment in WAH, Ltd. |
| Michael Pope | c/o Vert Capital 10951 W. Pico Blvd. Ste. 204 Los Angeles, CA 90064 | Investment in WAH, Ltd. |
| Edward M. Czuker | c/o Christopher Heck, Esq. Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP 11400 W. Olympic Blvd., 9th Fl Los Angeles, CA 90064 | Investment in WAH, Ltd. |
| David Ezekiel | c/o Patricia A. Pileggi, Esq. Arent Fox Schiff 1301 Avenue of the Americas, 42nd Fl New York, NY 10019 | Investment in WAH, Ltd.; acquisition of BIISL; Ballybunion investment; loan to Burnham Securities, Inc.; loans to Valor Group, Ltd., Inversiones Balesia and Luxury Asset Lending by VL Assurance; VL Assurance investment in Code Rebel stock; efforts to sell WAAG and Valorlife; interactions with FMA and BMA; |

|  |  | interactions with AAM sellers; interactions with SEC; communications with WLCC; investments by Shalfleet. |
| John Greenwood | San Salvatore, Flat 6 Alfred Gauci Street St. Julian's STJ 1180 Malta john@natprov.com | Acquisition of Valor Group Ltd. Class B Shares; interest in Thunder Valley Engineering Ltd. and its investment in Code Rebel; New Olympia Re's ownership and investment in WAH Ltd. and VGL; VL Assurance acquisition of New Olympia Re. |

**Individuals Associated with Wealth-Assurance AG and Related Entities[3]**

| Person or Entity | Contact Information | Relevant Knowledge |
| --- | --- | --- |
| Aloyse Steichen | 85, rue des Maraichers L-2124 Luxembourg | Acquisition of WAAG by WAH Ltd.; Ballybunion investment; acquisition of Valorlife; management of WAAG and Valorlife; purchase of Wakpamni bond; acquisitions of Hughes and AAM. |
| Rory Knight | roryknight@oxfordmetrica.com | Acquisition of WAAG by WAH Ltd.; Ballybunion investment; acquisition of Valorlife; management of WAAG and Valorlife; purchase of Wakpamni bond; acquisitions of Hughes and AAM; transfer by RSB of Code Rebel shares to WAAG. |
| David Ezekiel | c/o Patricia A. Pileggi, Esq. Arent Fox Schiff 1301 Avenue of the Americas, 42nd Fl New York, NY  10019 | Investment in WAH, Ltd.; acquisition of BIISL; Ballybunion investment; loan to Burnham Securities, Inc.; loans to Valor Group, |

---

[3]     In addition to relevant <u>Archer</u> Defendants.

| | | |
|---|---|---|
| | | Ltd., Inversiones Balesia and Luxury Asset Lending by VL Assurance; VL Assurance investment in Code Rebel stock; VL Assurance acquisition of New Olympia Re; efforts to sell WAAG and Valorlife; interactions with FMA and BMA; interactions with AAM sellers; interactions with SEC; communications with WLCC; preservation of the documents maintained by the Valor Entities. |
| Mark Waddington | c/o Patricia A. Pileggi, Esq. Arent Fox Schiff 1301 Avenue of the Americas, 42nd Fl New York, NY  10019 | Acquisition of BIISL; Ballybunion investment; loan to Burnham Securities, Inc.; loans to Valor Group, Ltd., Inversiones Balesia and Luxury Asset Lending by VL Assurance; VL Assurance investment in Code Rebel stock; VL Assurance acquisition of New Olympia Re; efforts to sell WAAG and Valorlife; interactions with FMA and BMA. |
| Elzbieta Sotbarn | c/o Patricia A. Pileggi, Esq. Arent Fox Schiff 1301 Avenue of the Americas, 42nd Fl New York, NY  10019 | Investments by WAAG in Ballybunion, and by Valorlife in Wakpamni bonds; operation of Lichtenstein insurers; loan to Burnham Asset Management Holdings LLC; acquisitions of Hughes and AAM; transfer by RSB of Code Rebel shares to WAAG. |
| Luca Uehlinger | c/o Patricia A. Pileggi, Esq. Arent Fox Schiff | Investments by WAAG in Ballybunion, and by |

| | | |
|---|---|---|
| | 1301 Avenue of the Americas, 42nd Fl<br>New York, NY  10019 | Valorlife in Wakpamni bonds; acquisition of Valorlife; operation of Lichtenstein insurers; loan to Burnham Asset Management Holdings LLC; acquisitions of Hughes and AAM; transfer by RSB of Code Rebel shares to WAAG; communications with representatives of WLCC. |
| Louis Zuckerbraun | c/o Patricia A. Pileggi, Esq.<br>Arent Fox Schiff<br>1301 Avenue of the Americas, 42nd Fl<br>New York, NY  10019 | Acquisition of BIISL/VL Assurance; investment in Ballybunion. |

**Individuals Associated with Jason Sugarman and Related Entities[4]**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Michael Sugarman | Michael.sugarman@stjoe.org | Investment in Code Rebel IPO |
| Jeff Seabold | c/o Kristin N. Tahler, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>213-443-3615 Direct | Ownership, control and operation of Camden Entities, including Camden Escrow |
| Elmira Ukubaeva | Elmira@camdencap.com | Escrow for 1920 Bel Air transaction; ownership, control and operation of Camden Entities, including Camden Escrow. |
| Maria Santana | Camden Escrow<br>9595 Wilshire Blvd., #701<br>Beverly Hills, CA  90212 | Escrow for 1920 Bel Air transaction, ownership, control and operation of Camden Entities, including Camden Escrow. |

---

[4]     In addition to <u>Archer</u> Defendants, and other individuals listed above.

| Matthew Nordgren | c/o Jeffrey Rutherford, Esq.<br>Kendall Brill & Kelly LLP<br>10100 Santa Monica Boulevard,<br>Suite 1725<br>Los Angeles, CA  90067 | Ballybunion Nevada formation, account openings, transactions, and reporting of NAV; sale of investments in WAH, Ltd.; Code Rebel IPO; purchase of Wakpamni bond by Condor Financial. |
|---|---|---|
| Lucas Mann | c/o Erik S. Groothuis, Esq.<br>Schlam Stone & Dolan LLP<br>26 Broadway<br>New York, NY  10004 | Ballybunion Nevada and Thorsdale account openings and transactions; Thorsdale management; proposed sale of Wakpamni bonds through or to Morgan Stanley. |
| Carlos Velasquez | carlos@coradv.com | Creation of COR website. |
| Heidi Planck Wayne | | Documents maintained by Sugarman and Camden Entities and the preservation thereof. |
| George Alvarez | c/o Michael Lipman, Esq.<br>Duane Morris LLP<br>750 B Street, Suite 2900<br>San Diego, CA  92101-4681 | Loan to Inversiones Balesia and Valor Group, Ltd. from VL Assurance. |
| Mario Alvarez | malvarez@konabeachbungalows.com | Loan to Inversiones Balesia and Valor Group, Ltd. from VL Assurance. |
| Todd Binder | Tdm18@yahoo.com | Loan to Inversiones Balesia and Valor Group, Ltd. from VL Assurance. |
| Ken Hobbs | khobbs@itocsa.com | Loan to Inversiones Balesia and Valor Group, Ltd. from VL Assurance; loan from Ballybunion to Cor Financial Holdings (HK). |
| Jason D. Turner | jturner@venbrook.com | Investment in Code Rebel IPO; Investment in and ownership of NoRe. |
| Brian Quinn | brian@netgain-financial.com | VL Assurance loan to Luxury Asset Lending. |
| Brennan Family Trust | c/o James Brennan<br>james@ehgrp.com | Loan to Jason Galanis, Sugarman and Cooney |

| | | and repayment by WAH Ltd. |
|---|---|---|

**Individuals Associated with Hughes Capital and AAM[5]**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Richard Deary | rdeary@nc.rr.com | Sale of the Wakpamni bonds to clients of Hughes and Atlantic; Wealth Assurance, Valorlife, and Burnham Securities Inc. management; acquisitions of Hughes and AAM and funding thereof; funding of Hughes and AAM operations; Hughes and AAM management; efforts to sell the Wakpmani bonds. |
| Donald Trotter | 1000 W. 57th Street Kansas City, MO  64113 | Placement of the Wakpamni bonds in April 2015; management of AAM. |
| Dina Clements | 101 Washington Blvd., #1100 Stamford, CT 06902 | Placement of the Wakpamni bonds in April 2015; management of AAM. |
| Ronald Sellers | c/o Jonathan Bach, Esq. Shapiro Arato Bach LLP 500 Fifth Avenue, 40th Fl New York, NY  10110 | Acquisition of AAM by GMT Duncan and WAH, Ltd. guaranty; placement of the Wakpamni bonds. |
| Joshua Bogart | Prism Global Management LLC 15 Creemer Road Armonk, NY  10504 | Acquisition of AAM by GMT Duncan and WAH, Ltd. guaranty. |
| Frankie Hughes | 1162 North Pitt Street Alexandria, VA  22314 | Acquisition of Hughes by GMT Duncan; placement of the Wakpamni bonds. |
| Daniel Turney | 3117 Ravensworth Place Alexandria, VA 22302 | Placement of the Wakpamni bonds in August 2014; management of Hughes Capital Management. |
| Carolyn Lisa | 2151 Jamieson Avenue Alexandria, VA 22314 | Placement of the Wakpamni bonds in August 2014; management of Hughes Capital Management. |

---

[5]     In addition to Archer Defendants, and other individuals listed above.

**Individuals Associated with Code Rebel, MBloom Fund I LLP and Related Entities[6]**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Arben Kryeziu | c/o Mitchell Kulick, Esq.<br>Feuerstein Kulick<br>420 Lexington Ave., Ste 2024<br>New York, NY  10170<br>and<br>Jay Musoff, Esq.<br>Loeb & Loeb<br>345 Park Ave.<br>New York, NY  10154 | Code Rebel management and IPO; investments by Sugarman, Archer and Thorsdale in Code Rebel and MBloom entities. |
| Petra Grimm | 3810 Lepo Street<br>Haiku, Hawaii  96708 | Code Rebel management and IPO. |
| Reid Dabney | | Code Rebel management and IPO. |

**Attorneys Retained in Connection with Various Aspects of the Wakpamni Scheme**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Timothy Anderson | c/o Linda Dale Hoffa, Esq.<br>Dilworth Paxson LLP<br>1500 Market St., Suite 3500E<br>Philadelphia, PA  19102 | Issuance of Wakpamni bonds; sale of Wakpamni bonds to WAAG; use of Wakpamni bonds to support net capital of various entities. |
| Stephen A. Weiss | c/o Larry Krantz, Esq.<br>Krantz & Berman<br>747 Third Ave., 32nd Fl<br>New York, NY  10017 | Acquisition of WAAG and funding thereof; acquisition of Burnham Financial Group Inc. by CORFA, BOE; acquisition of Burnham Asset Management Corp. by CORFA, BOE, Burnham Asset Management Holdings LLC; acquisition of Hughes Capital Management; negotiations to acquire AAM; Code Rebel IPO. |
| Spencer Feldman | Olshan Frome Wolosky LLP<br>1325 Avenue of the Americas<br>New York, NY  10019 | Code Rebel IPO; acquisition of AAM by GMT Duncan; AAM operations, funding and management. |
| Clifford Wolff | c/o Chuck Clayman, Esq.<br>Ramsey C. Hinkle, Esq. | Funds disbursed through law firm trust account on behalf |

---

[6]     In addition to <u>Archer</u> Defendants, and other individuals listed above.

| | Clayman & Rosenberg LLP<br>305 Madison Avenue<br>New York, NY  10165 | of Thorsdale, Sugarman, Galanis, Archer, Cooney and others; legal work related to acquisition of Bonwick by Burnham Financial Group; production of documents received from Cooney to SEC. |
|---|---|---|
| Daniel D. White | deceased | Disbursal of funds received on behalf of Sugarman and directed to Sugarman's, Elizabeth Sugarman's and Lausanne's creditors and associates or associated entities; business affairs of Jason Sugarman, Jason and Elizabeth Sugarman, Elizabeth Sugarman and Lausanne. |
| Sharon Sung | | Disbursal of funds received on behalf of Sugarman and directed to Sugarman's, Elizabeth Sugarman's and Lausanne's creditors and associates or associated entities; business affairs of Jason Sugarman, Jason and Elizabeth Sugarman, Elizabeth Sugarman and Lausanne; preservation of Jason Sugarman's and Camden Entitities' files. |
| Jan Greer | | Disbursal of funds received on behalf of Sugarman and directed to  Sugarman's, Elizabeth Sugarman's and Lausanne's creditors and and associates or associated entities; business affairs of Jason Sugarman, Jason and Elizabeth Sugarman, Elizabeth Sugarman and Lausanne; preservation of Jason Sugarman's and Camden Entities' files. |

| Steven A. Horowitz | Horowitz and Rubenstein 200 S. Service Road, Suite 104 Roslyn Heights, NY | Code Rebel deposit with Thorsdale; distribution of monies on behalf of Jason Galanis; VL Assurance insurance policies and deposits. |

**Individuals Associated with Morgan Stanley**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Catherine Driever | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for Devon Archer, Rosemont Seneca Bohai, LLC, Archer Diversified Investments LLC, RSB LLC, and Burnham Securities, Inc. |
| Kyle Wool | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for Devon Archer, Rosemont Seneca Bohai, LLC, Archer Diversified Investments LLC, RSB LLC, and Burnham Securities, Inc. |
| Iris Gomez | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for Devon Archer, Rosemont Seneca Bohai, LLC, Archer Diversified Investments LLC, RSB LLC, and Burnham Securities, Inc. |
| Jerome Niles | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for VL Assurance, Devon Archer, Rosemont Seneca Bohai, LLC, Archer Diversified Investments LLC, RSB LLC, and Burnham Securities, Inc. |
| Joseph Fereno | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for VL Assurance, Devon Archer, Rosemont Seneca Bohai, LLC, Archer Diversified Investments LLC, Burnham Securities, Inc. Jason Sugarman, and |

| | | Elizabeth Guber Sugarman. |
|---|---|---|
| Matt D'Emic | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Review of Archer's accounts at Morgan Stanley, securities held in those accounts, and transactions in those securities. |
| Brent Sheehan | c/o David Colapinto, Esq. Kohn, Kohn & Colapinto, LLP 1710 N St. NW Washington, D.C.  20036 | Proposed sale of Wakpamni bond through MS. |
| Brian Connery | c/o Amianna Stovall, Esq. Hallie Noecker, Esq. Constantine Cannon 4 Embarcadero Center, 14th Fl San Francisco, CA  94111 | Proposed sale of Wakpamni bond through MS. |
| Eugene Schatz | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for Devon Archer, Rosemont Seneca Bohai, LLC, and Archer Diversified Investments LLC. |
| Maggie Fiore | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for Devon Archer, Rosemont Seneca Bohai, LLC, and Archer Diversified Investments LLC. |
| Samuel Buxton | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for VL Assurance, Devon Archer, Rosemont Seneca Bohai, LLC, Archer Diversified Investments LLC, Burnham Securities, Inc. Jason Sugarman, Elizabeth Guber Sugarman; and David Ezekiel. |
| Michael Darling | c/o Christopher Conniff, Esq. Mary Brust, Esq. Ropes & Gray 1211 Avenue of the Americas New York, NY  10036 | Account management for VL Assurance, Devon Archer, Rosemont Seneca Bohai, LLC, Archer Diversified Investments LLC, Burnham Securities, Inc. Jason Sugarman, Elizabeth Guber |

| | | Sugarman; and David Ezekiel. |
|---|---|---|

**Investors in Wakpamni Bonds (excluding Condor Financial/Francisco Martin)**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Atlantic Global Yield Opportunity Fund, LP<br>    Omaha School Employees Retirement System | OSERS<br>3215 Cuming Street<br>Omaha, NE 68131-2024 | Investment in Wakpamni bonds. |
| Birmingham Water Works Board | Birmingham Water Works<br>3600 First Avenue North<br>P.O. Box 830110<br>Birmingham, AL 35283-0110<br>Attn: Michael Johnson & Macaroy Underwood | Investment in Wakpamni bonds. |
| Chicago Transit Authority Retiree Healthcare Trust | Chicago Transit Authority<br>10 South LaSalle Street<br>Suite 1100<br>Chicago, IL 60603 | Investment in Wakpamni bonds. |
| Management – ILA Managed Health Care Trust Fund | Management – ILA Managed Health Care Trust Fund<br>111 Broadway, 5th Fl<br>New York, NY  10006<br>Attn: Laverne Thompason | Investment in Wakpamni bonds. |
| Michelin North America, Inc. Master Trust | Michelin<br>One Parkway South<br>P.O. Box 19001<br>Greenville, SC 29602-9001<br>Attn: Cliff Moore | Investment in Wakpamni bonds. |
| Pension Trust for the Milk Drivers and Dairy Employees Local Union No. 246 | Milk Driver's Local 246<br>911 Ridgebrook Road<br>Sparks, MD 21152-9451<br>Attn: Wendy Chambers & Jennifer Carroll | Investment in Wakpamni bonds. |
| Philadelphia Housing Authority | Philadelphia Housing Authority<br>12 South 23rd Street<br>Philadelphia, PA 19103<br>Attn: Raymond Ruocchio | Investment in Wakpamni bonds. |

| | | |
|---|---|---|
| Richmond Retirement System | Richmond Retirement System 730 E. Broad Street, Suite 900 Richmond, VA 23219 Attn: Leo Griffin | Investment in Wakpamni bonds. |
| Terrapin Insurance Company | Terrapin Insurance Company 250 W. Pratt Street Suite 1200 Baltimore, MD 21201 Attn: Beth Walter | Investment in Wakpamni bonds. |
| Washington Suburban Sanitary Commission Employees Retirement Plan | Washington Suburban Sanitary Commission 14501 Sweitzer Lane Laurel, MD 20707 | Investment in Wakpamni bonds. |

**Individuals Associated with the Wakpamni Lake Community Corporation**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Raycen Raines | c/o Troy Eid, Esq. Greenberg Traurig LLP 1144 15th Street Suite 3300 Denver, CO 80202 | Issuance of Wakpamni bonds. |
| Steven Haynes | steven@haynesinvestments.net | Issuance of Wakpamni bonds. |
| Geneva Lone Hill | c/o Troy Eid, Esq. Greenberg Traurig LLP 1144 15th Street Suite 3300 Denver, CO 80202 | Issuance of Wakpamni bonds. |
| Sandy Two Lance | c/o Troy Eid, Esq. Greenberg Traurig LLP 1144 15th Street Suite 3300 Denver, CO 80202 | Issuance of Wakpamni bonds. |
| Wilma Standing Bear | c/o Troy Eid, Esq. Greenberg Traurig LLP 1144 15th Street | Issuance of Wakpamni bonds. |

| | | |
|---|---|---|
| | Suite 3300<br>Denver, CO 80202 | |
| Deb Blue Bird | c/o Troy Eid, Esq.<br>Greenberg Traurig LLP<br>1144 15th Street<br>Suite 3300<br>Denver, CO 80202 | Issuance of Wakpamni bonds. |

**Individuals Associated with US Bank**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Keith Henselen | c/o Richard G. Wilson, Esq.<br>Maslon, LLC<br>3300 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, MN  55402 | Issuance and administration of Wakpamni bonds as representative of Indenture Trustee. |

**Individuals Associated with Banc of California**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Tina Van der Zee | c/o Mark McDonald, Esq.<br>Morrison Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017 | Opening and account management of Ballybunion, Thorsdale, and Dunkerley-related accounts at Banc of California. |
| Richard Smith | c/o Mark McDonald, Esq.<br>Morrison Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017 | Account management of Ballybunion and Thorsdale accounts at Banc of California. |
| Warren Paez | c/o Mark McDonald, Esq.<br>Morrison Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017 | Opening and account management of Dunkerley-related accounts at Banc of California. |

**Others**

| Person or Entity | Contact Information | Relevant Knowledge |
|---|---|---|
| Persons associated with Goren Marcus Masino & Marsh, including:<br>    Jan Goren<br>    Jessica Goren | c/o Mark Beck, Esq.<br>Mark Beck Law, PC<br>350 W. Colorado Boulevard,<br>Suite 200<br>Pasadena, CA  91105 | Accounting and business management for Jason and Elizabeth Sugarman and related entities and partnerships; audit for Wealth |

| | | |
|---|---|---|
| Jessica Fieldman<br>Mickella Kim<br>Brenda Marsh<br>Gary Masino<br>Maria Ng<br>Jonathan Nunnally<br>Diana Volkenant<br>Dayro Villamil | | Assurance Holdings, Ltd.<br>(BVI). |
| Persons associated with PwC<br>Bermuda, including:<br>    Stewart Ritchie<br>    Colm Homan | | Audit of VL Assurance. |
| Persons associated with PwC<br>AG (Zurich), including:<br>    Enrico Strozzi<br>    Christian Konopka | | Audit of Valor Group Ltd. |
| Persons associated with Blatt<br>& Dauman, LLP | Abbey E. Blatt<br>Blatt & Dauman, LLP<br>350 Motor Pkwy., Suite 308<br>Hauppauge, NY  11788 | Compilation Report of<br>WAPCC |
| Sebastian Momtazi | c/o Silvia L. Serpe, Esq.<br>Serpe LLC<br>16 Madison Square West<br>New York, NY  10010 | Archer's business affairs. |

## B.    **Documents**

Set forth below is a description by category of all documents, electronically stored information and tangible things, excluding privileged or otherwise undiscoverable material, and documents filed on the public docket in various associated litigated matters, that are currently in the Commission's possession, custody or control and were collected in the course of the investigation of this matter, captioned In the Matter of Hughes Capital Management LLC (NY-9298), and that the Commission may use to support its claims in this action other than for purposes of impeachment.  These documents are located at the offices of the United States Securities and Exchange Commission, New York Regional Office, 100 Pearl Street, New York, New York.  The Commission may learn during discovery of additional documents within the

scope of Rule 26(a)(1)(A)(ii) and, if necessary, will supplement these responses at the appropriate time:

Testimony transcript of Keith Henselen, dated May 6, 2016.

Various website captures of relevant entities' websites.

Tips, complaints and referrals.

Exhibits entered into evidence at, and testimony transcripts of, the trial in <u>United States v. Galanis, et al.</u>, 16 Cr. 371 (RA)(S.D.N.Y.)

Document productions (which include email, spreadsheets, web postings, correspondence, invoices and brokerage, telephone, corporate and bank records) from the following persons and entities, and persons and entities associated or affiliated with the following entities:

1.     Defendant

2.     Alvarez, George

3.     American Savings Bank

4.     Anderson, Timothy

5.     Archer, Devon

6.     Asbury Automotive Group, Inc.

7.     AT&T

8.     Atlantic Asset Management[7]

9.     Banc of California

10.    Bentley Financial Services

---

[7]     Atlantic Asset Management, by its Receiver, additionally turned over to the Commission various laptops, media storage devices and a server, removed from the offices of Atlantic Asset Management, which are housed at a Commission off-site storage facility.

11.     Beverley Loan Company

12.     Biden, Hunter

13.     Bonwick Capital

14.     Bourgeois, J. Ben

15.     British Virgin Islands Financial Services Commission

16.     Burnham Asset Management[8]

17.     Burnham Securities Inc.

18.     Camden Capital Partners

19.     Camden Real Estate Opportunity Fund

20.     Capital One

21.     Catalyst International

22.     Century Investments

23.     Citibank

24.     City National Bank

25.     CKR Law

26.     The Clifford Wolff Law Firm

27.     Code Rebel Corporation

28.     Cooney, Bevan

29.     COR Capital

30.     COR Securities Holding, Inc.

---

[8]     Some portion of these documents, and of those produced by Burnham Securities, in connection with the winding up of their respective operations, were produced in SEC v. Archer, 16 Civ. 3505 (GHW)(OTW) pursuant to Stipulations and Orders, entered June 5, 2018 (DE 165), and June 6, 2018 (DE 169), that govern the production, if any, of such documents in this action.

31.     Dilworth Paxson

32.     DTCC

33.     Federal Reserve Bank of New York

34.     Fulton & Meyer

35.     GoDaddy.com

36.     Godfrey, Andrew

37.     Goren Marcus Masino & Marsh LLP

38.     Greenville (S.C.) Automotive

39.     Grimm, Petra

40.     Haynes Investments, LLC

41.     Herrick Feinstein LLP

42.     Hunter Taubman, Fischer & Li, LLC

43.     Hughes Capital Management

44.     Intel Corporation

45.     Interactive Brokers, LLC

46.     J. Ben Bourgeois

47.     J.P. Morgan Chase

48.     L.A. Restoration and Design, Inc.

49.     Lausanne LLC

50.     Lichter Yu LLP

51.     Lincoln National Life Insurance

52.     Lone Oak Fund

53.     Luxury Asset Lending

54.   Mann, Lucas

55.   Martin, Francisco

56.   Michelin

57.   Momtazi, Sebastian

58.   Morton, Michelle

59.   Morgan Stanley Smith Barney LLC

60.   Murray Analytics

61.   My Alarm Center

62.   Nathanial, Peter

63.   National Life Insurance Co.

64.   Nationwide Insurance

65.   Nicole Fuller Interiors

66.   Olshan Frome Wolosky

67.   Omaha School Employees Retirement System

68.   Pershing LLC

69.   PNC Bank

70.   Richerson, Timothy

71.   Richmond Retirement Systems

72.   Rosemont Seneca Partners

73.   Sellers, Ronald

74.   Smarsh, Inc.

75.   Sovereign Nations Development Corp.

76.   TD Ameritrade

77.   TD Bank

78.   Thorsdale Fiduciary & Guaranty Co. Ltd.

79.   Threat Deterrence

80.   TIAA-CREF

81.   United Security Funding, Inc.

82.   U.S. Attorneys Office – SDNY

83.   U.S. Bank, N.A.

84.   Valley National Bank

85.   Valor Group, Ltd.

86.   Voya Financial

87.   Wakpamni Lake Community Corp.

88.   Weiss, Stephen

89.   Wealth Assurance Private Client Corp.

90.   Wells Fargo Bank

91.   Wilson-Davis & Co. Securities

92.   Wings Air Helicopters LLC

93.   Documents supplied by foreign regulatory authorities, including the Bermuda Monetary Authority, British Virgin Islands FSC and the Liechtenstein FMA.

## C.   **Damages**

As to monetary relief, Plaintiff seeks disgorgement of any ill-gotten gains derived by Defendant from the conduct alleged in the Complaint, plus prejudgment interest on these amounts, pursuant to Sections 21(d)(5) and 21(d)(7) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78u(d)(5) and (d)(7).  Plaintiff also seeks civil penalties

pursuant to Section 20(a) of the Securities Act of 1933, 15 U.S.C. §77t(d); and Section 21(d)(3)

of the Exchange Act, 15 U.S.C. § 78u(d)(3).

Dated:  New York, New York
      April 27, 2022                        Respectfully submitted,


                                       SECURITIES AND EXCHANGE
                                       COMMISSION


                                       By:   s/ Nancy A. Brown
                                             Nancy A. Brown
                                           Mariel Bronen


                                     100 Pearl Street, Suite 20-100
                                     New York, NY 10004
                                     (212) 336-1023 (Brown)


                                     Attorneys for Plaintiff Securities and
                                     Exchange Commission