

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

January 12, 2023

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    SEC v. Sugarman;
                No. 19 Civ. 5998 (GHW) (OTW)

Dear Judge Wang:

    Pursuant to the Court's Individual Practices in Civil Cases Section I.b, Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to request that the Court vacate the Order Issuing Requests for International Judicial Assistance, dated September 23, 2022 (DE 111) (the "Order"). The Order, which, among other things, directs Mariel R. Bronen of the Commission to transmit the letters rogatory to the Bermuda Supreme Court, is no longer necessary in light of the Final Judgment, entered on January 10, 2023.

    Defendant Jason Sugarman does not oppose this request.

                                    Respectfully submitted,

                                    *s/ Mariel R. Bronen*
                                    Mariel R. Bronen
                                    Counsel for Securities and Exchange Commission