AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-5998 |
| JASON SUGARMAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission.

Date: 03/17/2023

s/ Maureen Peyton King
*Attorney's signature*

Maureen Peyton King MK-2151
*Printed name and bar number*

SEC - New York Regional Office
100 Pearl Street, Room 20-100
New York, NY 10004
*Address*

kingmp@sec.gov
*E-mail address*

212.336.0111
*Telephone number*

*FAX number*