UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>JASON SUGARMAN,<br><br>     Defendant. | 19-cv-05998 (GHW)(OTW)<br><br>ECF Case |

### NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 1.4, upon the annexed declaration and subject to the approval of the Court, the law firm of Williams & Connolly LLP and attorneys David M. Zinn, Adam D. Harber, A. Joshua Podoll, Amy B. McKinlay, and Danielle Sochaczevski respectfully move for an order granting leave to withdraw as counsel for Jason Sugarman and to be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

Steven M. Goldsobel and the Law Offices of Steven Goldsobel will continue to represent Mr. Sugarman in this proceeding. Williams & Connolly LLP is not asserting a retaining or charging lien in this action.

Date:  June 12, 2023
   Washington, D.C.

Respectfully submitted,

/s/ *David M. Zinn*
David M. Zinn*
Adam D. Harber*
A. Joshua Podoll*
Amy B. McKinlay*
Danielle Sochaczevski*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW

Washington, DC 20024

*Attorneys for Jason Sugarman*

* *Admitted pro hac vice*