UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>JASON SUGARMAN,<br><br>     Defendant. | 19-cv-05998 (GHW)(OTW)<br><br>ECF Case |

### DECLARATION OF DAVID M. ZINN

I, David M. Zinn, declare and state as follows:

1. I am a partner in the law firm of Williams & Connolly LLP ("W&C"), which has its principal offices at 680 Maine Avenue, S.W., Washington, DC 20024.  I submit this declaration in compliance with Local Rule 1.4 to notify the Court that W&C is hereby withdrawing as counsel for defendant Jason Sugarman in the above-captioned action.

2. Steven M. Goldsobel and the Law Offices of Steven Goldsobel will continue to represent Mr. Sugarman in this action.

3. This action is not currently scheduled for any upcoming hearings, and there are no impending deadlines.  W&C's withdrawal will not delay the matter or prejudice any party.

4. This Declaration and Notice of Motion have been served on Mr. Sugarman.

5. W&C is not asserting a retaining or charging lien.

I certify under penalty of perjury that the foregoing is true and correct.

June 9, 2023
Washington, D.C.

                                _____
                                David M. Zinn